DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN A. VIESTA,**
Appellant,

v.

**ALEX M. VIESTA,**
Appellee.

No. 4D2025-1768

[June 18, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Nancy Alley, Judge; L.T. Case No. 312023CA001148XXXXXX.

Samuel Robert Alexander and Michael Joseph Ellis of Alexander Appellate Law, P.A., Jacksonville, for appellant.

Brook Eben Miscoski and Adam Fetterman of Fetterman Law, PLLC, Palm City, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***